```
LAWRENCE BALL, State Bar No. 60496
LOUIS A. HIGHMAN, State Bar No. 61703
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94l02
Telephone:  (4l5) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff May Moran
```

In the United States District Court

In and for the Eastern District of California

| | |
|---|---|
| MAY MORAN, | No. CIV.S -04-2461 DFL DAD |
| Plaintiff, | STIPULATION; PROPOSED ORDER |
| -v- | |
| ALEX'S TRANSPORTATION, INC. | |
| Defendant. | |

Plaintiff May Moran and defendant Alex Transportation, Inc., by and through their respective attorneys, hereby stipulate and agree to the following:

(1)  The time for the parties to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be continued from June 3, 2005 to July 5, 2005.

(2)  The time for the parties to make supplemental disclosures and disclosures of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(C) shall be continued

_____   1
Stipulation; Proposed Order

1 |      from June 17, 2005 to July 19, 2005.

2

3 | IT IS SO STIPULATED.

4 | DATED:  May 10, 2005.

5 |            HIGHMAN, HIGHMAN AND BALL
           A Professional Law Association

6

7

8 |         By___/s/_____
         Lawrence Ball,
         Attorneys for Plaintiff May Moran

9

10 | IT IS SO STIPULATED.

11 | DATED:  May 10, 2005.

12 |            GRESHAM SAVAGE NOLAN & TILDEN
           A Professional Corporation

13

14

15 |         By__/s/_____ _____
         Robert J. Hicks, Attorney for
         Alex Transportation, Inc.

16

17 |      So Ordered.

18

19

20

21 | DAVID F. LEVI
United States District Judge

22–28

_____
Stipulation; Proposed Order

2