IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAY MORAN,                             No. CIV. S-04-2461 DFL DAD

    Plaintiff,

    v.                                 <u>ORDER RE DISPOSITION AFTER
                                       NOTIFICATION OF SETTLEMENT</u>

ALEX'S TRANSPORTATION, INC.,

    Defendant.
_____/

    The court has been advised by Lawrence Ball, Esq., plaintiff's attorney, that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than December 27, 2005, and,

//

1

1      2.   That all hearing dates previously set in this matter
2 are vacated.
3      IT IS SO ORDERED.
4 Dated:  12/13/2005

```
                                     /s/ David F. Levi
                                   _____
                                   DAVID F. LEVI
                                   United States District Judge
```