```
LAWRENCE BALL, State Bar No. 60496
LOUIS A. HIGHMAN, State Bar No. 61703
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94l02
Telephone:  (4l5) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff May Moran
```

In the United States District Court

In and for the Eastern District of California

| | |
|---|---|
| MAY MORAN, | No.  CIV.S  -04-2461  DFL  DAD |
| Plaintiff, | STIPULATION TO DISMISS |
| -v- | WITH PREJUDICE; ORDER |
| ALEX'S TRANSPORTATION, INC. | |
| Defendant. | |

_____/

Plaintiff May Moran and defendant Alex Transportation, Inc., by and through their respective attorneys, hereby stipulate and agree to the dismissal of the above-entitled matter with prejudice.  The parties further stipulate that neither party shall seek an award of attorney's fees or costs.

IT IS SO STIPULATED.

DATED:   ___12-28-05_____

                                        HIGHMAN, HIGHMAN AND BALL
                                        A Professional Law Association

_____   1
Stipulation to Dismiss with Prejudice

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2                                    By____/s/_____
                                        Lawrence Ball,
 3                                      Attorneys for Plaintiff May Moran

 4  IT IS SO STIPULATED.

 5  DATED:   __12/28/05_____

 6                                      GRESHAM SAVAGE NOLAN & TILDEN
                                        A Professional Corporation
 7

 8
                                      By___/s/_____
 9                                      Robert Hicks, Attorney for
                                        Alex Transportation, Inc.
10

11

12
        IT IS SO ORDERED
13
    DATED: 1/5/2006
14

15
                                        ___/s/ David F. Levi_____
16                                      DAVID F. LEVI
                                        United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

    _____    2
    Stipulation to Dismiss with Prejudice
```

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am employed in the County of San Francisco, California, and my business address is 870 Market Street, Suite 467, San Francisco, California 94102.  I am over the age of eighteen and not a party to this cause.  On the date set forth below, I served [ ] the original(s)  [X] true and correct copies of the below listed document(s) to which this declaration is appended, upon the parties to this action:

**STIPULATION TO DISMISS WITH PREJUDICE; ORDER**

[X]  BY U.S. MAIL - I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service.  The above-referenced document(s) were deposited in the ordinary course of business with the U.S. Postal Service in the County of San Francisco in a sealed envelope with postage thereon fully prepaid, addressed to the below listed party(ies).

[ ]  BY PERSONAL SERVICE - I caused the above document(s) to be delivered by hand to the party(ies) listed below.

[ ]  BY FEDERAL EXPRESS - I am readily familiar with the business' practice for collection and processing of documents for delivery with Federal Express Corporation, and said document(s) were deposited in a Federal Express Corporation drop-box in the ordinary course of business, with shipping charges fully prepaid for delivery on the next business day to the party(ies) listed below.

[ ]  BY FACSIMILE TRANSMISSION - I caused the above document(s) to be sent by facsimile to the party(ies) listed below at the facsimile transmission number(s) so listed.

Individuals served:

| | |
|---|---|
| Richard D. Marca<br>Robert J. Hicks<br>GRESHAM SAVAGE NOLAN & TILDEN<br>3750 University Avenue, Suite 250<br>Riverside, CA  92501 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  December 28, 2005

____/s/_____

KEVIN A. MENDEZ

_____
Stipulation to Dismiss with Prejudice        3

PDF created with pdfFactory trial version www.pdffactory.com